◼ In the Matter of JULIO VEGA, Respondent, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, et al., Appellants.—Judgment unanimously reversed, on the law, and petition dismissed. Same memorandum as in *Matter of Purnell v Kelly* (115 AD2d 1010). (Appeal from judgment of Supreme Court, Wyoming County, Newman, J.—art 78.) Present—Callahan, J. P., Denman, Boomer, Pine and Schnepp, JJ.

◼ In the Matter of CLIFFORD HOWARD, Respondent, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, et al., Appellants.—Judgment unanimously reversed, on the law, and petition dismissed. Memorandum: Petitioner waived his right to challenge the legality of a Superintendent's proceeding by refusing to attend the hearing (*Matter of Payne v Smith*, 97 AD2d 960; *see also, Matter of Morrison v Coughlin*, 101 AD2d 943, 944, *lv denied* 63 NY2d 605; *People ex rel. Morgan v La Vallee*, 49 AD2d 652, *lv denied* 37 NY2d 710). In any event, petitioner's claim that a written misbehavior report did not constitute substantial evidence in support of the determination is without merit (*see, Matter of Semper v Smith*, 66 NY2d 130). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present—Dillon, P. J., Denman, Green, O'Donnell and Schnepp, JJ.